

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00042-CV

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES**,
Appellant

v.

Amy W. **ROCKWOOD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04447
The Honorable Stephani A. Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the portion of the trial court's order denying the plea to the jurisdiction with regard to the appellee's disability discrimination claim is REVERSED, and judgment is RENDERED dismissing that claim. The portion of the trial court's order denying the plea to the jurisdiction with regard to the appellee's retaliatory discharge and reasonable accommodation claims is AFFIRMED. The cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellee, Amy W. Rockwood, recover her costs of this appeal from appellant, Texas Department of State Health Services.

SIGNED May 27, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice